THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, *v.* VILLAGE OF OSSINING et al., Appellants.

*N. Y. C. & H. R. R. R. Co.* v. *Village of Ossining*, 141 App. Div. 765, affirmed.

(Argued December 4, 1912; decided December 20, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 28, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enjoin defendants from interfering with the plaintiff in its work of laying railroad tracks over certain lands in the village of Ossining.

*Frank L. Young, Glenn M. Congdon* and *T. G. Barnes* for appellants.

*John F. Brennan* for respondent.

Judgment affirmed, with costs.   The error of the court below in the nomenclature of the alleged highway was immaterial; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.